**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-1249**

─────────────

MARIA DEL CARMEN RIVERA-DE ARTEAGA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

─────────────

On Petition for Review of an Order of the Board of Immigration Appeals.

─────────────

Submitted:  October 26, 2023                    Decided:  November 13, 2023

─────────────

Before WILKINSON and AGEE, Circuit Judges, and MOTZ, Senior Circuit Judge.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

**ON BRIEF:**  Manuel Rivera, Arlington, Virginia, for Petitioner.  Brian Boynton, Principal Deputy Assistant Attorney General, Anthony P. Nicastro, Assistant Director, Dana M. Camilleri, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maria Del Carmen Rivera-De Arteaga, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals denying her motion to reconsider. We have reviewed the administrative record and Rivera-De Arteaga's claims and find no abuse of discretion. *See Williams v. Garland*, 59 F.4th 620, 632 (4th Cir. 2023) (stating standard of review). Accordingly, we deny the petition for review. *See In re Rivera-De Arteaga* (B.I.A. Feb. 24, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
